# <u>Exhibit C</u>



**p** 803.366.1664| **tf** 1.800.551.5772
wfpayaccounts.com
PO Box 11590
Rock Hill, SC 29731

| Consumer Information | | |
|---|---|---|
| Williams & fudge, Inc. Consumer ID# | Williams & Fudge, Inc. Pin # | Amount Due for Account(s) Listed Below |
| ███████ | ███████ | $7,188.04 |

November 26, 2019

### Account(s) Details

Original Creditor: Bank of America ,N A
Original Bank of America Loan #: ███████
Current Creditor: Student Loan Solutions, LLC
Williams & Fudge, Inc Consumer ID: ███████
Williams & Fudge, Inc. Pin #: ███████
Total Amount Currently Due and Owing: $7,188.04
Obligors: YURY SHADRIN

To: YURY SHADRIN

Please take notice that you are in default by failing to make your payments on time as required by the agreement for original loan #███████ (the "Agreement"), originated by Bank of America, N.A., and currently owned by Student Loan Solutions, LLC ("SLS"). You failed to pay installments due as required by the Agreement.

Pursuant to the Agreement, SLS hereby accelerates the loan and demands all payments due. Consequently, $7,188.04 is now immediately due and owing to SLS.

Williams & Fudge, Inc.
Bob Duenkel 803.366.1664

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

| As a convenience we provide multiple methods for payment of the above balance. | | |
|---|---|---|
| **Online/Mobile App Payments** | **Pay by Phone** | **Pay by Mail** |
| www.wfpayaccounts.com You may also view account information at our website by selecting the "Check Balance" option. | Contact: Bob Duenkel  803.366.1664 | Williams & Fudge, Inc. P.O. Box 11590 Rock Hill, SC 29731-1590 |
| ElectronicChecks (ACH), Visa, Master Card, and Discover | | |
| **Note:** Payment by debit/credit card is not allowed by every Williams & Fudge, Inc. client. If you attempt to pay your debt via credit card and the applicable creditor does not allow Williams & Fudge, Inc. to accept credit card payments, then we will not run your payment. We will attempt to contact you to secure an alternate method of payment. Please contact us prior to attempting a credit card if you have any questions or concerns. | | |

402TTWLL11SLSA2