# **Exhibit F**

**WILLIAMS & FUDGE, INC.**
300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791   1-800-551-5772
TTY: 1-866-220-2920

| Consumer Information | |
|---|---|
| Williams & Fudge, Inc. Consumer ID # | |
| Williams & Fudge, Inc. Pin # | |
| Amount Due for Accounts Listed Below | $29,213.91 |

November 12, 2017

### Account(s) Details

| Creditor | Account # | Amount Owed |
|---|---|---|
| STUDENT LOAN SOLUTIONS, LLC | SL____4835 | 17,683.79 |
| STUDENT LOAN SOLUTIONS, LLC | SL____4836 | 11,530.12 |
| | | $29,213.91 |

Student Loan Solutions, LLC purchased the above referenced account(s) from Bank of America, NA on October 31, 2017.

We were hired by Student Loan Solutions, LLC to collect the amount owed.

In order to clear the outstanding account(s), you may contact the undersigned, or send the balance due to the above-referenced office address. If your account(s) is currently in repayment, your payment schedule will remain intact and your obligation will continue to be satisfied as previously agreed.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within 30 days after receipt of this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Student Loan Solutions, LLC may request this account(s) be reported to a National Credit Reporting Agency within 60 days from the date of this letter. Only debts within seven (7) years of the date of delinquency are reported to a National Credit Reporting Agency.

Williams & Fudge, Inc.
Leah Jones
803-326-1153
Ljones@wfcorp.Com

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

| Consumer Information | |
|---|---|
| Williams & Fudge, Inc. Consumer ID # | ▮▮▮▮▮▮▮ |
| Williams & Fudge, Inc. Pin # | ▮▮▮ |
| Amount Due for Accounts Listed Below | $29,213.91 |

**WILLIAMS & FUDGE, INC.**
300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791   1-800-551-5772
TTY: 1-866-220-2920

November 12, 2017

## Account(s) Details

| Creditor | Account # | Amount Owed |
|---|---|---|
| STUDENT LOAN SOLUTIONS, LLC | SL▮▮▮▮4836 | 11,530.12 |
| STUDENT LOAN SOLUTIONS, LLC | SL▮▮▮▮4835 | 17,683.79 |
| | | $29,213.91 |

Student Loan Solutions, LLC purchased the above referenced account(s) from Bank of America, NA on October 31, 2017.

We were hired by Student Loan Solutions, LLC to collect the amount owed.

In order to clear the outstanding account(s), you may contact the undersigned, or send the balance due to the above-referenced office address. If your account(s) is currently in repayment, your payment schedule will remain intact and your obligation will continue to be satisfied as previously agreed.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within 30 days after receipt of this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Student Loan Solutions, LLC may request this account(s) be reported to a National Credit Reporting Agency within 60 days from the date of this letter. Only debts within seven (7) years of the date of delinquency are reported to a National Credit Reporting Agency.

Williams & Fudge, Inc.
Leah Jones
803-326-1153
Ljones@wfcorp.Com

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.