# **Exhibit H**

**William R. Feldman (MD, VA, DC)**
Adrian A. Curtis (MD)


**FELDMAN**
**& ASSOCIATES, P.C.**

Robert G. Menna (VA, DC)
Keith A. Schostag (VA, MD)

451 Hungerford Drive, Suite 210
Rockville, MD 20850
Tel: (301) 469-3610
Fax: (301) 469-3611

January 2, 2020

BY REGULAR MAIL

Tania Burinskas
416 Belfast Rd
Sparks Glencoe MD 21152

Re:
Current Creditor:   Student Loan Solutions, LLC
Original Creditor   Bank of America, N.A.
Our File No:        50705.002
Account No:         SL████4836 ("Account")

Dear Tania Burinskas:

Please be advised that Feldman & Associates, P.C. ("Firm") represents Student Loan Solutions, LLC regarding collection of the above-referenced Account, which is in default. As of January 2, 2020, your Account balance is owed to Student Loan Solutions, LLC and is due in full with a current principal of $7,182.24, plus attorney's fees of $250.00. Court costs will accrue and be added to the debt if a lawsuit is filed. Also, if a settlement is negotiated or a lawsuit is filed, additional attorney's fees may accrue and be added to the debt.

> Unless you dispute the validity of the above described debt or any portion thereof within 30 days after your receipt of this notice, the Firm will assume that the debt is valid. If you notify the Firm in writing within 30 days after your receipt of this notice that the debt, or any portion thereof, is disputed, the Firm will obtain verification of the debt, and mail a copy of that verification to you.
>
> Upon your written request within 30 days after your receipt of this notice, the Firm will provide you with the name and address of the original creditor, if different from the current creditor.

<u>**Subject to your rights described in the bold box immediately above**</u>, please contact the Firm if you are interested in arranging payment of the debt.

Very truly yours,

*William R. Feldman*
William R. Feldman

CC: Student Loan Solutions, LLC

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**William R. Feldman (MD, VA, DC)**
Adrian A. Curtis (MD)


**FELDMAN & ASSOCIATES, P.C.**

Robert G. Menna (VA, DC)
Keith A. Schostag (VA, MD)

451 Hungerford Drive, Suite 210
Rockville, MD 20850
Tel: (301) 469-3610
Fax: (301) 469-3611

January 2, 2020

BY REGULAR MAIL

Tania Burinskas
416 Belfast Rd
Sparks Glencoe MD 21152

Re:
Current Creditor:   Student Loan Solutions, LLC
Original Creditor   Bank of America, N.A.
Our File No:        50705.001
Account No:         SL▓▓▓▓4835 ("Account")

Dear Tania Burinskas:

Please be advised that Feldman & Associates, P.C. ("Firm") represents Student Loan Solutions, LLC regarding collection of the above-referenced Account, which is in default. As of January 2, 2020, your Account balance is owed to Student Loan Solutions, LLC and is due in full with a current principal of $9,832.72, plus attorney's fees of $250.00. Court costs will accrue and be added to the debt if a lawsuit is filed. Also, if a settlement is negotiated or a lawsuit is filed, additional attorney's fees may accrue and be added to the debt.

> Unless you dispute the validity of the above described debt or any portion thereof within 30 days after your receipt of this notice, the Firm will assume that the debt is valid. If you notify the Firm in writing within 30 days after your receipt of this notice that the debt, or any portion thereof, is disputed, the Firm will obtain verification of the debt, and mail a copy of that verification to you.
>
> Upon your written request within 30 days after your receipt of this notice, the Firm will provide you with the name and address of the original creditor, if different from the current creditor.

**Subject to your rights described in the bold box immediately above**, please contact the Firm if you are interested in arranging payment of the debt.

Very truly yours,

*William R. Feldman*
William R. Feldman

CC: Student Loan Solutions, LLC

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**