# Exhibit K

# Note Disclosure Statement

Exhibit B

Scanned by CamScanner

# NOTE DISCLOSURE STATEMENT

## GATE UNIVERSAL LOAN
### (Variable)(Multidisbursement)

Borrower(s):

$ 12,150.00

Loan No.

YURY SHADRIN
14 COMPTON ST
NEW HAVEN, CT   06511-3510

Lender Name and Address:
Bank of America, N.A.
600 Wilshire Blvd
4th Floor
Los Angeles, CA 90017

Student: YURY SHADRIN

DATE: 09/28/2006

| ANNUAL PERCENTAGE RATE  The cost of my credit as a yearly rate. | FINANCE CHARGE  The dollar amount the credit will cost me. | Amount Financed  The amount of credit provided to me or on my behalf. | Total of Payments  The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 7.839% | $ 16,117.20 | $ 12,150.00 | $ 28,267.20 |

My payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due | |
|---|---|---|---|
| 239 1 | $ 117.79 $ 115.39 | Monthly Beginning | 01/06/2009 12/06/2028 |

**VARIABLE RATE:** The Annual Percentage Rate may increase during the term of this transaction if the quarterly average of the one-month London Interbank Offered Rate (the "Average LIBOR Rate") increases. The rate may change quarterly based on the Average LIBOR Rate. The rate will never exceed 23%. A rate increase will increase interest accruing during my enrollment in school and the amount of my monthly payments thereafter. For example, if my rate increased by one-half percent after 3 months on a $2,000 loan I received on October 1 of my junior year, my in-school accrued interest would increase by $20.90, and my payments after I left school would increase by $0.76.

**Security:** This loan is unsecured.

**Late Charges:** If a payment due on the Note is more than 10 days late, I will be charged $10.00 or 5% of the payment, whichever is less.

**Prepayment:** If I wish to prepay all or part of my loan, I will not have to pay a penalty.

I should see my contract documents for additional information about non-payment, default, any required repayment in full before the scheduled date, prepayment penalties.

Principal Amount of Advance(s)(Amount Financed + Prepaid Finance Charge)
Itemization of the Amount Financed
Amount paid to   YALE UNIVERSITY                             $ 12,150.00                          $ 12,150.00
Amount paid to   STUDENT                                     $       .00
Total Amount Financed                                                                             $ 12,150.00

Itemization of Prepaid Finance Charge
Origination Fee                                              $       .00
Other Fees Paid (see your contract)                          $       .00
Total Prepaid Finance Charge                                                                      $       .00

Planned Disbursement Schedule (excluding fees)
Date 10/02/2006   $ 6,075.00   Date 01/10/2007   $ 6,075.00   Date                  Date

I should read this Disclosure Statement carefully. Under the terms of my GATE UNIVERSAL Loan Application and Multi-Disbursement Note, if this is my first disbursement, I may elect not to consummate my loan by notifying the Service within fourteen (14) days of the first disbursement. IF I DO NOT WISH TO ACCEPT THIS LOAN, I MUST ACT IMMEDIATELY. Contact Program Servicer at: AES, 1200 North Seventh Street, Harrisburg, PA 17102-1444, 1-800-343-1809

**Estimates:** All numerical disclosures except the Late Charges disclosure are estimates.

BORROWER COPY
1 OF 1

F00035 P00035

Scanned by CamScanner