UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **YURY SHADRIN,** *et al.,*<br><br>    Plaintiffs<br><br>v.<br><br>**STUDENT LOAN SOLUTIONS, LLC,** *et al.*<br><br>    Defendants | Case No.  1:20-cv-3641-CCB |

### PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT FELDMAN & ASSOCIATES, P.C.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Plaintiffs, Yury Shadrin and Tania Burinskas, by their undersigned counsel, do hereby oppose Defendant Feldman & Associates, P.C.'s Motion to Dismiss, or in the Alternative, for Summary Judgment ("Motion to Dismiss") and in support thereof state:

1. Plaintiffs have elected, pursuant to Fed. R. Civ. P. 15(a)(2), with written consent of Defendants, to amend their original complaint. See ECF. Nos. 32 and 34.

2. As a result of the amendment, the Motion to Dismiss is moot since it concerns a pleading no longer before the Court. *See Taylor v. Abate*, 1995 WL 362488, *2 (E.D.N.Y.1995) ("Defendants' motion to dismiss is addressed solely to the original complaint...Consequently, upon the filing of the amended complaint, their motion is mooted and, therefore, denied."); *In re Colonial Ltd. Partnership Litig.*, 854 F.Supp. 64, 80 (D.Conn.1994) (noting where "a plaintiff amends its complaint while a motion to dismiss is pending" the court may "deny[ ] the motion as moot"); *Rathke v. HCA Management Co., Inc* ., 1989

WL 161431, at *1 n. 1 (D.Kan.1989) (holding that "motion to dismiss…became moot when plaintiff filed an amended complaint"); *Gresham v. Waffle House, Inc.*, 586 F.Supp. 1442, 1444 n. 1 (N.D.Ga.1984) (same).

WHEREFORE, Plaintiffs request that the Court deny without prejudice Defendant's Motion to Dismiss (ECF. 10) as moot.

Dated: March 15, 2021               Respectfully Submitted,

*/s/Kathleen P. Hyland, Esq.*
Kathleen P. Hyland
Fed. Bar No. 30075
HYLAND LAW FIRM, LLC
222 Severn Avenue, Suite 17
Annapolis, MD 21403
Telephone: (410) 777-5396
Facsimile: (410) 777-8237
kat@lawhyland.com

AND

*/s/Peter A. Holland, Esq.*
Peter A. Holland
Fed. Bar No. 10866
THE HOLLAND LAW FIRM, P.C.
914 Bay Ridge Rd. Ste 230
Annapolis, MD 21403
Telephone: (410) 280-6133
Facsimile: (410) 280-8650
peter@hollandlawfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 15, 2021 the foregoing Plaintiffs' Response in Opposition to Defendant Feldman & Associates, P.C.'s Motion to Dismiss, or in the Alternative, for Summary Judgment, was served electronically through the Court's ECF system upon:

James Dickerman, Esq.
Eccleston & Wolf
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076
Dickerman@ewmd.com

James M. Connolly, Esq.
Kramer & Connolly
465 Main Street
Reisterstown, Maryland 21136
jmc@kramerslaw.com

Jeffrey C. Turner
David B. Shaver
Surdyk, Dowd & Turner Co., L.P.A.
8163 Old Yankee Street, Suite C
Dayton, OH 45458
jturner@sdtlawyers.com
dshaver@sdtlawyers.com

/s/ Kathleen P. Hyland
Kathleen P. Hyland, Esq.