# Exhibit L

| ANNEX1 | Borrower_Taxid | Borrower_Lstnm | Borrower_First Nm | Borrower_Middle | Borrower_AcctAdr1 | Borrower_AcctAdr2 | Borrower_City | Borrower_CustGeoState | Borrower_Zip | Borrower_DOB | Contract Date | Principal Amount | Accrued Interest | BalCurr | ChgoffDt | ChgoffAmOrig | Co-borrower_TaxId | Co-borrower_LstNm | Co-borrower_FirstNm | LstPmtAmt | LstPmtDt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| SL1242003939 | [redacted] | SHADRIN | YURY | | 3952 FOREST VALLEY RD | | PARKVILLE | MD | 212341400 | 07/31/80 | 10/02/06 | $15,167.07 | $285.54 | $15,452.61 | 06/22/15 | $15,167.07 | | | | | |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |
| xxxxxxxxxx | xxxxxxxxx | xxxxxxx | xxxxxxx | xx | xxxxxxxxxxxx | xxxxxxx | xxxxxxxxxx | xx | xxxxxx | xx/xx/xx | xx/xx/xx | xxxxxx.xx | xxx.xx | xxxxx.xx | xx/xx/xx | xxxxx.xx | xxxxxxxxx | xxxxxxxx | xxxxxxxxxx | xxx.xx | xx/xx/xx |