# Exhibit A

SEP-27-2006 12:15        YALE SCHOOL OF MUSIC                    203 432 7448    P.02/02

**NON-NEGOTIABLE NOTE - THIS IS A CONSUMER CREDIT TRANSACTION**

GATE® Loan Application and Multi-Disbursement Note Reference #: ▓▓▓▓▓▓▓▓▓▓

| Educational Institution: | Address of Educational Institution: |
|---|---|
| YALE UNIVERSITY SCHOOL OF MUSIC | NEW HAVEN, CT 06510 |

| Borrower: SHADRIN   YURY   M.I. | Cosigner: NOT APPLICABLE (If required) Last   First   M.I. |
|---|---|
| Address 1: 14 COMPTON ST | Address 1: |
| Address 2: | Address 2: |
| City: NEW HAVEN   State CT   Zip 06511-3510 | City:   State   Zip |
| Phone ▓▓▓   SSN: ▓▓▓ | Phone ( )   SSN: |
| Birth d▓▓   Citizenship: FOREIGN ST | Birth date:  /  /   Citizenship: |
| Alien Reg. #: | Alien Reg. #: |
| Reference 1: SHADRINA GALINA | Reference 1: |
| Address: 57 VOLGOGRADSKY PROSPECT 49 | Address: |
| City: MOSCOW, RUSSIA   State   Zip 109125 | City:   State   Zip |
| Phone (7495) 1737002   Relationship: MOTHER | Phone ( )   Relationship: |
| Reference 2: SHADRIN VICTOR | Reference 2: |
| Address: 10 CLASHKOVA ST 267 | Address: |
| City: PERM, RUSSIA   State   Zip 614056 | City:   State   Zip |
| Phone (7342) 670513   Relationship: FATHER | Phone ( )   Relationship: |

| Initial Note Rate: 7.590%   Margin: 2.600% | Note Date: 09/18/2006 | Origination Fee: (%) .000 | Amount Requested: $ 12,150 |
|---|---|---|---|

Notice to Borrower. (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled-in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you desire to pay off in advance the full amount due, the amount which is outstanding will be furnished upon request.

If you have any questions or do not wish to obtain the loan evidenced by this Note, do not execute this Note. Sign your name exactly as printed above. By signing below, Borrower also acknowledges receipt of a copy of this Note. Please retain Borrower copy of this Note for your records.

Notice to Cosigner. Do not sign this Note before reading it. Please retain Cosigner copy of the Note for your records. By signing below, Cosigner also acknowledges receipt of a copy of this Note.

**Borrower and Cosigner**

I understand that I am not required to fax my signature on or to sign electronically this Note and any related notices that require signature. If I choose to fax my signature on or to sign electronically this Note BA.06-07.UNGT.10.0306 and any related notices that require signature, I intend: (i) my fax or electronic signature to be an electronic signature under applicable federal and state law, (ii) any fax printout or printout of Lender's electronic record of this Note and related notices to be an original document (iii) to conduct business with the Lender by electronic records and electronic signatures, and (iv) that this Note will not be governed by Article 3 of the Uniform Commercial Code, and my obligations under this Note will not be subject to, but any transfer of my obligations will be subject to, Article 9 of the Uniform Commercial Code.

**Borrower**

I hereby acknowledge that I have read all five (5) pages of this Note BA.06-07.UNGT.10.0306 in their entirety, understand them, and agree to be bound by their terms. By signing below, I request the loan described above. This Note will not become effective until my application is approved by Lender and funds have been advanced. I understand that any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties, which may include fines or imprisonment. This Note is signed under seal.

Signature of Borrower _[signature]_   Date 09/27/06

**Cosigner**

I hereby acknowledge that I have read all five (5) pages of this Note BA.06-07.UNGT.10.0306 in their entirety, understand them, and agree to be bound by their terms. I can afford to pay this debt if I have to, and I agree to accept this responsibility. I hereby waive and release any right that I may have under applicable law as a cosigner, surety, guarantor or accommodation party. I understand that any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties, which may include fines or imprisonment. This Note is signed under seal.

BY SIGNING THIS NOTE BELOW, I CERTIFY THAT I INTEND TO (i) APPLY FOR JOINT CREDIT AND (ii) BE JOINTLY LIABLE WITH THE BORROWER FOR THIS LOAN.

Signature of Cosigner _____   Date _____

A Cosigner is required if the Borrower is under legal age to make a binding contract or if the Educational Institution or the GATE Loan Program Manual require a Cosigner.

BORROWER COPY

F00001 P00001

TOTAL P.02

Scanned by CamScanner