IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YURY SHADRIN, et al. | * | |
| v. | * | Civil Action No. CCB-20-3641 |
| STUDENT LOAN SOLUTIONS LLC, et al. | * | |

************

**ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. Feldman & Associates, P.C.'s motion to dismiss, or, in the alternative, motion for summary judgment (ECF 40), is Denied;

2. Student Loan Solutions, LLC and Williams & Fudge, Inc.'s motion for judgment on the pleadings (ECF 50), is Denied; and

3. The Clerk SHALL SEND a copy of this Order and the accompanying Memorandum to counsel of record.


3/31/2022                                                                    /S/
Date                                                                    Catherine C. Blake
                                                                        U.S. District Court Judge