UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **YURY SHADRIN, *et al.*,**  Plaintiffs  v.  **STUDENT LOAN SOLUTIONS, LLC, *et al.***  Defendants | **Case No. 1:20-cv-3641-CCB** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Joseph M. Moeller as counsel for Defendant Feldman & Associates, P.C. James E. Dickerman and Eccleston and Wolf, P.C. remain as counsel for Defendant Feldman & Associates, P.C.

Respectfully submitted,

*/s/James E. Dickerman*
James E. Dickerman (10687)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474 (phone)
(410) 752-0611 (fax)
E-mail: dickerman@ewmd.com
*Attorney for Defendant*
*Feldman & Associates, P.C.*

*/s/Joseph M. Moeller*
Joseph M. Moeller (21682)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474
(410) 752-0611 (fax)
E-mail: moeller@ewmd.com
*Attorney for Defendant*
*Feldman & Associates, P.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April, 2022, copies of the foregoing Notice of Withdrawal of Appearance was served electronically through the Court's ECF system upon:

>Peter A. Holland, Esq.
>The Holland Law Firm, P.C.
>914 Bay Ridge Road, Suite 230
>Annapolis, Maryland 21403
>peter@hollandlawfirm.com
>
>James M. Connolly, Esq.
>Kramer & Connolly
>465 Main Street
>Reisterstown, Maryland 21136
>jmc@kramerslaw.com

>*/s/ Joseph M. Moeller*
>Joseph M. Moeller (21682)