**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

May 26, 2022

MEMORANDUM TO COUNSEL

Re:  *Shadrin et al v. Student Loan Solutions, LLC et al*
     Civil No. CCB-20-3641

Dear Counsel:

This will confirm the results of our conference call today. Counsel have advised me they are in the process of scheduling a private mediation. No formal scheduling order will be entered at this time. The parties may, however, engage in written discovery as agreed upon in preparation for the mediation, focused on the two classes defined in the Amended Complaint (ECF 34 at ¶¶ 133–37). If a dispute arises concerning this discovery, counsel may request a conference with the court to resolve the dispute.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge