IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| YURY SHADRIN, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STUDENT LOAN SOLUTIONS, LLC, et al.,<br>Defendants. | Case No.: 1:20-cv-03641-CCB |

## STATUS REPORT

Pursuant to the Court's June 29, 2022, Request for Status Report, ECF 73, the parties, through Plaintiffs' counsel, hereby provide the following Status Report:

The parties held a private mediation with Hon. Carol Smith on July 19, 2022, and were able to agree, in principle, to a class settlement. Accordingly, the parties are currently working on the detailed terms of a proposed class action settlement agreement and notice. Plaintiffs expect to file a motion for preliminary approval once the detailed terms have been agreed to and a finalized agreement is signed by all parties.

Respectfully submitted,

Dated: August 12, 2022

By: /s/ Emanwel J. Turnbull
Emanwel J. Turnbull
Fed. Bar No. 19674
THE HOLLAND LAW FIRM, P.C.
914 Bay Ridge Rd, Ste 230
Annapolis, MD 21403
Telephone: (410) 280-6133
Facsimile: (410) 280-8650
eturnbull@hollandlawfirm.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing when filed through the Court's CM/ECF System to defendant's counsel of record, on August 12, 2022.

*/s/ Emanwel J. Turnbull*
Emanwel J. Turnbull
