IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| YURY SHADRIN, et al, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STUDENT LOAN SOLUTIONS, et al,<br>    Defendants. | Case No.: 1:20-cv-03641-CCB |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT, CLASS CERTIFICATION FOR SETTLEMENT, APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL AND DISMISSAL OF LAWSUIT WITH PREJUDICE**

Plaintiffs YURY SHADRIN and TANIA BURINSKAS through undersigned counsel, move the court to grant final approval of the certification of the Class for settlement, appoint Plaintiff as Class Representative, appoint his counsel as Class Counsel, finally approve the Class Settlement and allow entry of a dismissal with prejudice of the Claims asserted for the Class.

A memorandum in support of this Motion is filed contemporaneously with this motion.

Respectfully submitted,

Dated: December 2, 2022

By:   /s/ Peter A. Holland
      Peter A. Holland
      Fed. Bar No. 10866
      THE HOLLAND LAW FIRM, P.C.
      914 Bay Ridge Rd. Ste 230

        Annapolis, MD 21403
        Telephone: (410) 280-6133
        Facsimile: (410) 280-8650
        peter@hollandlawfirm.com

        Emanwel J. Turnbull
        Fed. Bar No. 19674
        THE HOLLAND LAW FIRM, P.C.
        914 Bay Ridge Rd, Ste 230
        Annapolis, MD 21403
        Telephone: (410) 280-6133
        Facsimile: (410) 280-8650
        eturnbull@hollandlawfirm.com

        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2022, I served the foregoing on counsel of record for each defendant via ECF

        _____*/s/Emanwel J. Turnbull*_____
        EMANWEL J. TURNBULL