IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| YURY SHADRIN, et al, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STUDENT LOAN SOLUTIONS, et al,<br>    Defendants. | Case No.: 1:20-cv-03641-CCB |

**PLAINTIFFS' CORRECTED[1] MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CLASS CERTIFICATION FOR SETTLEMENT, APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL AND PROVIDING FOR NOTICE TO THE CLASS AND A FINAL FAIRNESS HEARING**

Plaintiffs YURY SHADRIN and TANIA BURINSKAS through undersigned counsel, move the court to grant preliminary approval of the certification of the Class for settlement, appoint Plaintiff as Class Representative, appoint his counsel as Class Counsel, preliminarily approve the Class Settlement and providing for notice to be given to the class members and to set a date for a final approval hearing.

A memorandum in support of this Motion is filed contemporaneously with this motion.

Respectfully submitted,

Dated: December 8, 2022

By:    /s/ Peter A. Holland

---

[1] Plaintiffs erroneously filed a formal motion referencing final rather than preliminary approval, nevertheless attaching a memorandum and supporting documents for preliminary approval, and file this corrective document to correct that error.

>Peter A. Holland
>Fed. Bar No. 10866
>THE HOLLAND LAW FIRM, P.C.
>914 Bay Ridge Rd. Ste 230
>Annapolis, MD 21403
>Telephone: (410) 280-6133
>Facsimile: (410) 280-8650
>peter@hollandlawfirm.com
>
>Emanwel J. Turnbull
>Fed. Bar No. 19674
>THE HOLLAND LAW FIRM, P.C.
>914 Bay Ridge Rd, Ste 230
>Annapolis, MD 21403
>Telephone: (410) 280-6133
>Facsimile: (410) 280-8650
>eturnbull@hollandlawfirm.com
>
>*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2022, I served the foregoing on counsel of record for each defendant via ECF

>_____*/s/Emanwel J. Turnbull*_____
>EMANWEL J. TURNBULL